

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:19-cr-105-J-39JRK
    21 U.S.C. § 841(a)(1)
    18 U.S.C. § 924(c)(1)(A)(i)
CORNELIUS MICHAEL TURNER    18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 22, 2019, in the Middle District of Florida, and elsewhere, the defendant,

CORNELIUS MICHAEL TURNER,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about May 22, 2019, in the Middle District of Florida, the defendant,

CORNELIUS MICHAEL TURNER,

did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, possession of cocaine with intent to distribute, as alleged in Count One above; Count One being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT THREE

On or about May 22, 2019, in the Middle District of Florida, the defendant,

CORNELIUS MICHAEL TURNER,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession of More Than 20 Grams of Marijuana, on or about March 24, 2010;

2. Count One, Sale or Delivery of Cocaine; Count Two, Sale or

Delivery of Cocaine; Count Three, Possession of Cocaine With Intent to Sell, Manufacture, or Deliver; and Count Four, Possession of More Than 20 Grams of Marijuana on or about January 17, 2012;

3. Tampering with Evidence, on or about December 8, 2017; and

4. Possession of Cocaine, on or about December 8, 2017,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Springfield .45 caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 924(c) and/or 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, a Springfield .45 caliber pistol.

5. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), and 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
ASHLEY WASHINGTON
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
6/17/19 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CORNELIUS MICHAEL TURNER

## INDICTMENT

Violations:  Ct. 1:  21 U.S.C. § 841(a)(1)
             Ct. 2:  18 U.S.C. § 924(c)(1)(A)(i)
             Ct. 3:  18 U.S.C. § 922(g)(1)

A true bill,

_____*Deborah G. Heald*_____
Foreperson

Filed in open court this *19th* day

of June, 2019.

_____*Megan Chaddock*_____
Deputy Clerk

Bail  $_____

GPO 863 525